UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIJUANA L. CANDERS,

                Plaintiff,

-against-

ROBBIN CAPELLAN; TERA CASISSA HODGES; JELENNY VASQUEZ,

                Defendants.

23-CV-0456 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. She asserts claims for copyright infringement, "social abuse," and "spirit[u]al abuse," and names Defendants Robbin Capellan, Tera Carissa Hodges, and Jelenny Vasquez. Plaintiff's allegations relate to her children's book, titled "We See Differently," and a trademark, "You are loved in Christ." (ECF 2 at 9.) The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court a substantially similar complaint against Defendants Capellan, Hodges, and Vasquez, in which she makes the same claims. That case is presently pending under docket number ECF 1:22-CV-10090. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 1:22-CV-10090.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of the action pending under docket number ECF 1:22-CV-10090.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   January 30, 2023
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge